**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MELVIN E. TIBBS, JR.,**

       **Plaintiff,**

-vs-                                          Case No.  6:07-cv-1184-Orl-22KRS

**THE PANTRY, INC., d/b/a:  Kangaroo Express,  and EDWARD LUZIO,**

       **Defendants.**

_____

**ORDER**

This cause is before the Court on the Parties' Stipulation of Settlement, Motion for Approval of Settlement, and Motion to Dismiss Case With Prejudice (Doc. No. 19) filed on September 19, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motions be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.	The Report and Recommendation filed September 24, 2007 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

      2.      The Motion for Approval of Settlement and Motion to Dismiss Case With Prejudice (Doc. No. 19) are **GRANTED**.  The Settlement is hereby **APPROVED** and this action is **DISMISSED WITH PREJUDICE**.

      3.      The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 11, 2007.

Copies furnished to:

Counsel of Record

_____
ANNE C. CONWAY
United States District Judge